**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**FRANCIS EUGENE WHITE, #K6563**                                          **PETITIONER**

**versus**                                                 **CIVIL ACTION  NO.  1:04-CV-653DMR-JMR**

**LAWRENCE KELLY, Superintendent;**
**and JIM HOOD, Attorney General**                                 **RESPONDENTS**

**FINAL JUDGMENT**

As all the claims and the rights and liabilities as to all of the parties have been adjudicated

by an Order entered by this Court in the above captioned cause, incorporated herein by reference,

and the entry of a final judgment having been ordered therein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that a Final Judgment be and

hereby is entered in this cause in accordance with Rules 54(b) and 58 of the Federal Rules of

Civil Procedure as all the claims and the rights and liabilities as to all of the parties have been

adjudicated and this cause is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the ___27th_____ day of February, 2007.

**/S/   DAN M. RUSSELL, JR.**
**UNITED STATES DISTRICT JUDGE**